# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **DORA MOODY,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-281-GZS |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 27, 2013, his Recommended Decision (ECF No. 14). Plaintiff filed her Objection to the Recommended Decision (ECF No. 15) on July 15, 2013. Defendant filed her Response to Plaintiff's Objection to the Recommended Decision (ECF No. 16) on July 30, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

      2.      It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

      /s/George Z. Singal_____
      U.S. District Judge

Dated this 31st day of July, 2013.